NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NORTH STAR INNOVATIONS, INC.,**
*Appellant*

**v.**

**MICRON TECHNOLOGY, INC.,**
*Appellee*

---

2020-1297

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2018-01000.

---

**ON MOTION**

---

## O R D E R

The court construes the parties' joint stipulation to dismiss the above-captioned appeal as a motion to voluntarily dismiss.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted; the appeal is dismissed.

2    NORTH STAR INNOVATIONS, INC. v. MICRON TECHNOLOGY, INC.

    (2) Each party shall bear its own costs.

FOR THE COURT

| December 8, 2022 | /s/ Peter R. Marksteiner |
|:---:|:---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |

ISSUED    AS    A    MANDATE:    December    8,    2022